No. 731.   BARTELS ET AL., DOING BUSINESS AS CRYSTAL BALLROOM, *v.* BIRMINGHAM, COLLECTOR OF INTERNAL REVENUE, ET AL.; and

No. 732.   GEER ET AL., DOING BUSINESS AS LARRY GEER BALLROOMS, *v.* BIRMINGHAM, COLLECTOR OF INTERNAL REVENUE.   January 6, 1947.   Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted.   *Clyde B. Charlton* and *Joseph I. Brody* for petitioners.   *Joseph A. Padway* and *Chauncey A. Weaver* for Williams et al., respondents in No. 731.   Reported below: 157 F. 2d 295.

No. 62.   MORRIS *v.* JONES, DIRECTOR OF INSURANCE. See *ante,* pp. 545, 547.

No. 800.   UNITED STATES *v.* BALOGH.   See *ante,* p. 692.

No. 715.   OKLAHOMA ET AL. *v.* UNITED STATES.   January 20, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted.   *Mac Q. Williamson,* Attorney General of Oklahoma, *Harry O. Glasser* and *E. S. Champlin* for petitioners.   *Acting Solicitor General Washington, Assistant Attorney General Bazelon* and *Roger P. Marquis* for the United States. *A. B. Mitchell,* Attorney General of Kansas, filed a brief for that State, as *amicus curiae,* in support of the petition.

No. 793.   UNITED STATES *v.* MICHENER.   January 20, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted.   *Acting So-*

*licitor General Washington* for the United States. Respondent *pro se.*

No. 840. KENNEDY, WARDEN, *v.* UNITED STATES EX REL. KULICK. January 20, 1947. Alexander substituted as the party petitioner herein. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Acting Solicitor General Washington* for petitioner. *Hayden C. Covington* for respondent.

No. 535. SUNAL *v.* LARGE, SUPERINTENDENT. January 20, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Hayden C. Covington* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 755. McCULLOUGH *v.* KAMMERER CORPORATION ET AL. February 3, 1947. The petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is granted limited to the first question presented by the petition for the writ. *R. Whelton Whann, A. W. Boyken, Robert M. McManigal* and *W. Bruce Beckley* for petitioner. *Frederick S. Lyon* and *Leonard S. Lyon* for respondents.

No. 540. FOSTER ET AL. *v.* ILLINOIS. February 3, 1947. Petition for writ of certiorari to the Supreme Court of Illinois granted. Petitioners *pro se. George F. Bar-*